UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:08-Cr-456-T-30MAP

JUAN ANTONIO IBANEZ

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Information against Defendant Juan Antonio Ibanez, without prejudice. Leave of Court is granted and the Information is dismissed against Defendant Juan Antonio Ibanez, in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case as to Defendant Juan Antonio Ibanez.

Dated: 2 Feb. 2009

JAMES S. MOODY, JR.
United States District Judge